**Peiwen Chang (State Bar No. 155166)**
**COGSWELL NAKAZAWA & CHANG, LLP**
444 W. Ocean Blvd., Suite 1250
Long Beach, California 90802
Phone: (562) 951-8668
Fax: (562) 951-3933
Email: peiwen_chang@cnc-law.com

Attorneys for Plaintiff CONCORD EXPRESS INC.

ALEXANDER KWOK-HO YU, ESQ.
401 Broadway, suite 1002
New York, NY 10013
Phone: (212) 965-1888
Fax: (212) 965-9588
Email: alexanderkyu@verizon.net

Attorneys for Defendant R2M2 INC.

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCORD EXPRESS INC., A CALIFORNIA CORPORATION,<br><br>            Plaintiff,<br><br>    vs.<br><br>R2M2 INC., A NEW YORK CORPORATION,<br><br>            Defendant. | Case No.: CV11-10251 R (MANx)<br><br>STIPULATED JUDGMENT AND ORDER FOR ENTRY OF JUDGMENT<br><br>Trial Date:           10/11/2012 |

CONCORDJudgment

1

UNDER SECTION 515 OF THE TARIFF ACT OF 1930 AND FOR DECLARATORY RELIEF

IT IS HEREBY STIPULATED between plaintiff CONCORD EXPRESS INC., a California corporation and defendant R2M2 INC., a New York corporation, by and through their respective attorneys of record:

1) That judgment in the amount of $119,166.28 is hereby entered against defendant R2M2 INC., a New York corporation ("Defendant") and in favor of plaintiff CONCORD EXPRESS INC., a California corporation ("Plaintiff");

2) That each party shall be responsible for its own attorneys' fees and costs of suit;

3) That within 30 days from October 11, 2012, Defendant shall pay $80,000 to the Trust Account of Cogswell Nakazawa & Chang, LLP to satisfy the judgment, and Plaintiff's attorney shall promptly inform Defendants' attorney, in writing, that said monies have been forwarded to the shipper, Niu Niu Garments Guangzhou Co., Ltd.;

4) That after the $80,000 payment is made by Defendant towards the judgment, the difference between $119,166.28 and $80,000 shall be forgiven and this judgment is deemed fully satisfied;

5) That Plaintiff, by and through its counsel, will file a full satisfaction of judgment after Defendant makes the $80,000 payment;

6) That each party shall waive the benefits provided by California Civil Code § 1542 concerning the subject of this action;

7) That after Defendant satisfies the judgment, Plaintiff shall accept the defense on behalf of Defendant, in the event any third party files a claim or lawsuit against Defendant relating to the subject of this action; and

8) That if it is proven that it is Plaintiff's omission or commission leading to any third party's claim or lawsuit against Defendant concerning the subject of this action after Defendant satisfies the

UNDER SECTION 515 OF THE TARIFF ACT OF 1930 AND FOR DECLARATORY RELIEF

judgment, Plaintiff shall have no defense to any claim or lawsuit by Defendant in that regard and will allow Defendant to claim Plaintiff's NVOCC bond.

DATED: November 5, 2012     COGSWELL NAKAZAWA & CHANG, LLP

By:  s/Peiwen Chang
Peiwen Chang, Attorneys for Plaintiff CONCORD EXPRESS INC., a California corporation

DATED: November 5, 2012     ALEXANDER KWOK-HO YU, ESQ.

By:  s/Alexander Kwok-Ho Yu
Alexander Kwok-Ho Yu, Attorneys for Defendant R2M2 INC., a New York corporation

ORDER

Based on the above stipulations between the parties, IT IS SO ORDERED. JUDGMENT IS THEREFORE ENTERED in favor of Plaintiff and against Defendant, pursuant to all the terms and conditions recited above.

Dated this 7th day of November, 2012

_____
United States District Judge